UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE CARLOS GUARDADO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CASCADIAN BUILDING MAINTENANCE, LTD., <br><br> Defendant. | CASE NO. C16-0303JLR <br><br> ORDER |

On June 1, 2016, the court dismissed Plaintiffs Jose Carlos Guardado and Sixto Alfredo Piccinoni's (collectively, "Plaintiffs") amended complaint. (6/1/16 Order (Dkt. # 26) at 2, 16.) In that order, the court determined, contrary to Plaintiffs' understanding, that Section 301 of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. § 141 *et seq.*, completely preempts Plaintiffs' claims. (*Id.* at 12-15.) In light of this determination, Plaintiffs had failed to plead sufficient facts to support their claim, but the

ORDER- 1

1  court granted Plaintiffs leave to amend within 30 days to remedy those pleading
2  deficiencies. (*Id.* at 15-16.)
3     On June 23, 2016, Plaintiffs filed a notice indicating their intent not to file an
4  amended complaint. (Notice (Dkt. # 29).) Accordingly, the court DISMISSES Plaintiffs'
5  amended complaint WITHOUT PREJUDICE and without leave to amend.
6     Dated this 26th day of June, 2016.

        JAMES L. ROBART
        United States District Judge

ORDER- 2